Cause No. CV15-0775

MOLLY BELLEFEUILLE, DVM          §          IN THE DISTRICT COURT

v.                               §
                                 §          FORT WORTH, TEXAS
EQUINE   SPORTS   MEDICINE   &    §          415TH JUDICIAL DISTRICT
SURGERY, WEATHERFORD DIVISION,    §
PLLC                             §          PARKER COUNTY, TEXAS

## ORDER GRANTING TEMPORARY INJUNCTION

Defendant Equine Sports Medicine Surgery Weatherford Division, PLLC ("ESMS") has filed an Original Answer, Verified Counterclaims, Application for Temporary Restraining Order and Temporary and Permanent Injunction and, in connection therewith, has presented a motion for a temporary injunction. It clearly appears from the facts set forth in the Application and from the evidence presented by the parties that the following facts are present:

1) Many hospitals and practices have been forced to reduce or abandon their residency programs because significant business has been lost to former residents that establish a practice nearby. There are a declining number of veterinary residency programs and openings for recent veterinary school graduates as a result. Veterinary hospitals that have kept their residency programs have turned to non-compete agreements to protect their business so that their doctors can continue to train the next generation of veterinarians without jeopardizing their own livelihoods. If such non-competes are not enforced, more veterinary hospitals will discontinue their training programs and residencies and even fewer residencies will be available.

2) Molly Bellefeuille ("Bellefeuille") entered into a Residency Employment Agreement ("Residency Agreement") with ESMS on May 29, 2012, in which she agreed to not enter into or engage in any relationship with any person or entity that provides services similar to the services

ESMS provides to its patients within a fifty-mile radius of ESMS for a period of eighteen months after her residency ended. Bellefeuille's residency with ESMS ended on May 31, 2015. Bellefeuille is therefore prohibited from providing equine veterinarian services within fifty miles of ESMS, 2991 W. Interstate 20, Weatherford, Texas 76087 until December 1, 2016.

3) Additionally, Bellefeuille had been given and had access to ESMS's confidential and proprietary information and trade secrets of ESMS. Bellefeuille is prohibited from disclosing ESMS's confidential and proprietary information and trade secrets. Additionally, Bellefeuille is prohibited from using ESMS's confidential and proprietary information and trade secrets outside her employment with ESMS.

4) There is sufficient evidence that Bellefeuille has breached her agreement or intends to breach her agreement with ESMS by directly competing with ESMS within the fifty-mile restricted zone. There is also sufficient evidence that Bellefeuille is or is about to misuse ESMS's confidential and proprietary information and trade secrets by providing business and marketing plans, patient lists, price lists, methods of operation, and medical records including case histories, x-ray films, personal and regular patient files to a direct competitor that has entered into an employment contract with Bellefeuille within the fifty-mile restricted zone.

5) Bellefeuille has been exposed to confidential information during her employment with ESMS, including but not limited to business and marketing plans, patient lists, price lists, methods of operation, and medical records including case histories, x-ray films, personal and regular patient files, and such other trade secrets and confidential and proprietary information which constitute ESMS's trade secrets and confidential and proprietary information, which information is not in the public domain.

50791469 1

6) Bellefeuille is in possession of ESMS's confidential and proprietary information and trade secrets and has been using or threatening to use the information in direct competition with ESMS. As such, ESMS is in imminent danger of having its confidential and proprietary information and trade secrets improperly disclosed to third parties and to losing current and prospective customers as a result of wrongful disclosure.

7) Additionally, Bellefeuille is wrongfully soliciting existing and potential customers of ESMS.

8) The Court finds that the non-compete agreement is reasonable in all respects. Specifically, the fifty-mile geographic restriction is reasonable because it is narrowly tailored to protect ESMS's core business and covers the area where many of the horses treated by Bellefeuille while at ESMS are located. The Court also finds the eighteen-month restriction reasonable to protect ESMS's business interests. Allowing Bellefeuille into the restricted zone sooner will give her an unfair edge in diverting business away from ESMS.

The Court further finds that, unless this Temporary Injunction is issued immediately, ESMS will suffer immediate and irreparable harm for which there is no adequate remedy at law. ESMS's only adequate remedy is to prevent Bellefeuille from performing equine veterinarian services within a fifty-mile radius of ESMS located at 2991 W. Interstate 20, Weatherford, Texas 76087 and prevent the disclosure and use of its confidential and proprietary information and trade secrets to any person outside of ESMS, and prevent unlawful solicitation of its business.

The Court is of the opinion that ESMS is entitled to this Temporary Injunction as requested in ESMS's Counterclaims.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Bellefeuille, and her agents, servants, employees, representatives, attorneys, and all other persons or entities

50791469 1

acting in concert or participation with her or who, directly or indirectly, who receive actual notice of the injunction by personal service or otherwise, from taking any of the following actions:

a.      Performing any equine veterinary services within fifty miles of ESMS, 2991 W. Interstate 20, Weatherford, Texas 76087, for a period of eighteen months from June 1, 2015.

b.      Attempting to circumvent the restriction above from a remote location by use of telecommunications, written correspondence, computer generated or assisted communications, or similar methods.

c.      Disclosing or using, directly or indirectly, through any means whatsoever, ESMS confidential and proprietary information, business and marketing plans, patient lists, case histories, x-ray films, personal and regular patient files, price lists, and method of operations., and such other trade secrets and confidential information which constitute ESMS's trade secrets and confidential information in competition with ESMS.

d.      Contacting or soliciting ESMS's customers or prospective customers for the purpose of diverting existing and future business away from ESMS and from tortiously interfering with any existing contractual relationships or prospective business relationships.

e.      Altering, modifying, damaging, destroying, or in any way changing any document procured, obtained, or created during Bellefeuille's employment with ESMS or any business secrets.

IT IS FURTHER ORDERED, that the bond shall be set at $ _10,000.00_. The district clerk's office may accept cash, a certified or cashier's check, credit card, or attorney or law firm check in payment of the bond. _Issuance of the Writ is conditioned upon the posting of the bond._

IT IS FURTHER ORDERED that this Order shall remain in full force and effect until further order of the Court.

SIGNED this the ___ day of July 2015 at ___ p.m.

_____
DISTRICT JUDGE

50791469 1